**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ABATEMENT CORP. HOLDING COMPANY LIMITED,** | ) |
| | ) |
| **Defendant, and** | ) |
| | ) |
| **BRENDA M. DAVIS** | ) |
| **INTERNATIONAL BALANCED FUND,** | ) |
| | ) |
| **Relief Defendants.** | ) |
| _____ | ) |

**NOTICE OF FILING PROPOSED ORDERS**
**FOR TEMPORARY ASSET FREEZE AND OTHER RELIEF**

Plaintiff Securities and Exchange Commission hereby files an Agreed Order for Temporary Asset Freeze and other Relief as to Relief Defendant Brenda M. Davis.   In view of the Agreed Order the Commission is also filing a revised Proposed Order Granting its Emergency Motion for Asset Freeze and Other Relief as to Defendant Abatement Corp. Holding Company Limited and Relief Defendant International Balanced Fund.

September 10, 2014                              Respectfully submitted,

                              By:      s/Andrew O. Schiff
                                       Andrew O. Schiff
                                       Senior Trial Counsel
                                       S.D. Fla. No. A5501900
                                       Direct Dial: (305) 982-6390
                                       E-mail: SchiffA@sec.gov
                                       ***Lead Attorney***

Terence M. Tennant
Senior Counsel
Florida Bar No. 0739881
Direct Dial: (305) 982-6346

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE
COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154