UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 14-23336-CIV-MORENO**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

ABATEMENT CORP. HOLDING COMPANY LIMITED
    Defendant, and

BRENDA M. DAVIS and INTERNATIONAL BALANCED FUND,
    Relief Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the reasons stated in the Court's Order Adopting Magistrate O'Sullivan's Report and Recommendation, entered on March 27, 2015, judgment is entered in favor of the Plaintiff Securities and Exchange Commission and against Relief Defendant Brenda M. Davis.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of March, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge John J. O'Sullivan

Counsel of Record